RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE _____
BY _____

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| JAMES VAN BUREN | CIVIL ACTION NO. 10-0888 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CITY OF MONROE | MAG. JUDGE KAREN L. HAYES |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 12], with no objections having been filed, and determining that the findings are correct under the applicable law,

IT IS ORDERED that Defendant City of Monroe's "Motion to Dismiss Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) for Failure to State a Claim upon Which Relief Can Be Granted" [Doc. No. 4], converted in part to a motion for summary judgment [Doc. No. 9], is DENIED.

MONROE, LOUISIANA this 6 day of January, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE